UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT C. BANCROFT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES CHARLTON, et al., )<br>)<br>Defendant. ) | Civil No. 09-278-B-W |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 30, 2009 her Recommended Decision. The Defendant filed his objections to the Recommended Decision on August 5, 2009.[1] I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Emergency Motion for Review (Docket # 2) be and hereby is DENIED.

3. It is further ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED.

---

[1] After the Magistrate Judge issued the Recommended Decision on July 30, 2009, Mr. Bancroft filed a letter with the Court on August 5, 2009. *Misc. Correspondence (Docket #9).* In reviewing the contents of the letter, it does not appear that it is an objection to the Recommended Decision, and Mr. Bancroft likely has waived the right to object at this point. However, in view of Mr. Bancroft's *pro so* status and in excess of caution, the Court treated the letter as an objection and reviewed the Recommended Decision as if he had objected.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2009